## Killebrew *v.* Mauldin, *et al.*

### *Ejectment.*

(Decided Nov. 30, 1906, 39 So. Rep. 575.)

APPEAL from Dale Chancery Court.
Heard before Hon. W. L. PARKS.

Affirmed.

Opinion by ANDERSON, J.

HARALSON, DOWDELL and DENSON, JJ., concur.

---

## Johnson *v.* Citizens Bank.

### *Detinue.*

(Decided Nov. 30, 1905, 39 So. Rep. 577.)

APPEAL from Crenshaw Circuit Court.
Heard before Hon. J. C. RICHARDSON.

M. W. RUSHTON, for appellant.

BRICKEN & BRICKEN, and POWELL & HAMILTON, for the appellee.

SIMPSON, J.—The motion to establish bill of exceptions was denied. There is no error in the record. Affirmed.

TYSON, ANDERSON and DENSON, JJ., concur.

---

## Louisville & Nashville R. R. Co. *v.* Britton.

### *Action for Loss of Goods.*

(Decided Nov. 22, 1905, 39 So. Rep. 585.)

APPEAL from Mobile Circuit Court.
Heard before Hon. WM. S. ANDERSON.

GREGORY L. & H. T. SMITH, for appellant.

ERVIN & MCALEER, for appellee.

Reversed and remanded.

Opinion by DENSON, J.

HARALSON, TYSON and ANDERSON, JJ., concur.